AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of California

FILED
JUN 17 2019
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

In the Matter of the Search of  )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No.  19MJ2487
T-Mobile Regarding Wireless Telephone Numbers )
619-335-7971 and 619-530-1391  )
  )

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
See Attachment A, incorporated herein.

located in the _____ District of ___New Jersey___, there is now concealed *(identify the person or describe the property to be seized)*:
See Attachment B, incorporated herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☐ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 USC 1591 | Sex Trafficking of a Minor |
| 18 USC 2421 | Transportation of Individuals to Engage in Prostitution |
| 18 USC 2422 | Enticement/Coercion |

The application is based on these facts:
See Attached Affidavit of FBI Special Agent Jessica Schick

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Jessica Schick, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: JUNE 14, 2019

City and state: San Diego, CA

_____
Judge's signature

~~Hon. Linda Lopez~~, United States Magistrate Judge
*Printed name and title*

ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE

## ATTACHMENT A
## PROPERTY TO BE SEARCHED

This warrant applies to records and information associated with the cellular telephone assigned call numbers 619-335-7971 (**Target Phone 1**) and 619-530-1391 (**Target Phone 2**), which are stored at premises controlled by T-Mobile (the "Provider"), headquartered at 4 Sylvan Way, Parsippany, New Jersey 07504.

## ATTACHMENT B
## ITEMS TO BE SEIZED

I. <u>Information to be Disclosed by the Provider</u>

To the extent that the records and information in Attachment A are within the possession, custody, or control of T-Mobile (the "Provider"), including any information that has been deleted but is still available to the Provider or that has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), the Provider is required to disclose to the government the information identified below pertaining to the Account listed in Attachment A for the time period of June 1, 2018 up to and including August 31, 2018:

    a. The following information about the customers or subscribers of the accounts:

        i. Names (including subscriber names, user names, and screen names);

        ii. Addresses (including mailing addresses, residential addresses, business addresses, and e-mail addresses);

        iii. Local and long distance telephone connection records;

        iv. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated with those sessions;

        v. Length of service (including start date) and types of service utilized;

        vi. Telephone or instrument numbers (including MAC addresses, Electronic Serial Numbers ("ESN"), Mobile Electronic Identity Numbers ("MEIN"), Mobile Equipment Identifier ("MEID"); Mobile Identification Number ("MIN"), Subscriber Identity

> > Modules ("SIM"), Mobile Subscriber Integrated Services Digital Network Number ("MSISDN"); International Mobile Subscriber Identity Identifiers ("IMSI"), or International Mobile Equipment Identities ("IMEI");
> > vii. Other subscriber numbers or identities (including the registration Internet Protocol ("IP") address); and
> > viii. Means and source of payment for such service (including any credit card or bank account number) and billing records.
> b. Provide Call Detail Records (CDRs)/Mediation Reports for 619-335-7971 and 619-530-1391, to include:
>   i. Cell site locations and sectors for all outgoing and incoming voice, SMS, MMS, and Data transactions.
>   ii. All available Timing Advance Reports, currently known as True Call, to include cell site, sector, and distance from tower, IP session and Data.
>   iii. All available Mobile Data Session and IPv6 reports.
>   iv. All available voicemails

II. <u>Information to be Seized by the Government</u>

All information described above in Section I that constitutes evidence or instrumentalities of violations of 18 U.S.C. §§ 1591, 2421 and 2422, during the period of June 1, 2018 up to and including August 31, 2018.

# CERTIFICATE OF AUTHENTICITY OF DOMESTIC RECORDS PURSUANT TO FEDERAL RULES OF EVIDENCE 902(11) AND 902(13)

I, _____, attest, under penalties of perjury by the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this certification is true and correct. I am employed by **T-Mobile**, and my title is _____. I am qualified to authenticate the records attached hereto because I am familiar with how the records were created, managed, stored, and retrieved. I state that the records attached hereto are true duplicates of the original records in the custody of **T-Mobile**. The attached records consist of _____ **[GENERALLY DESCRIBE RECORDS (pages/CDs/megabytes)]**. I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth by, or from information transmitted by, a person with knowledge of those matters, they were kept in the ordinary course of the regularly conducted business activity of **T-Mobile**, and they were made by **T-Mobile** as a regular practice; and

    b.    such records were generated by **T-Mobile's** electronic process or system that produces an accurate result, to wit:

        1.    the records were copied from electronic device(s), storage medium(s), or file(s) in the custody of **T-Mobile** in a manner to ensure that they are true duplicates of the original records; and

        2.    the process or system is regularly verified by **T-Mobile**, and at all times pertinent to the records certified here the process and system functioned properly and normally.

I further state that this certification is intended to satisfy Rules 902(11) and 902(13) of the Federal Rules of Evidence.

_____  _____
Date                                                                          Signature

## AFFIDAVIT IN SUPPORT OF APPLICATION FOR SEARCH WARRANT

I, Jessica R. Schick, a Special Agent with the Federal Bureau of Investigation ("FBI"), being duly sworn, hereby declare as follows:

### INTRODUCTION

1. I submit this affidavit in support of an application for a warrant for information associated with T-Mobile telephone numbers 619-335-7971 (**Target Phone 1**) and 619-530-1391 (**Target Phone 2**, and collectively, the **"Target Data"**), including subscriber information, telephone toll data, and cell-site geo-location information, for the period of June 1, 2018 up to and including August 31, 2018. Based on facts set forth in this affidavit, there is probable cause to believe that violations of 18 U.S.C §§1591, 2421 and 2422 have been committed, are being committed, and will be committed by Tyrae CARTER ("CARTER"). The Target Data is currently stored at premises controlled by T-Mobile, a wireless telephone service provider headquartered at 4 Sylvan Way, Parsippany, New Jersey 07504. This affidavit is made in support of an application for a warrant under 18 U.S.C. § 2703(c)(1)(A) to require T-Mobile to disclose to the government copies of the information described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review the information to locate the items described in Section II of Attachment B.

### AGENT EXPERIENCE AND BACKGROUND

2. I am a Special Agent for the Federal Bureau of Investigation (FBI) and have been so employed since January 2017. I am currently assigned to the Child Exploitation Task Force of the San Diego Field Office, where I assist in the investigation of crimes concerning child exploitation and human trafficking. I have been employed by the FBI since January 2009 and have served in several different support roles. Prior to working for the FBI, I worked for the National Center for Missing and Exploited Children.

3. My experience as an FBI Special Agent has included the investigation of cases involving the use of computers and the Internet to commit crimes. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures,

search warrant applications, the execution of searches and seizures, computer evidence seizure and processing, and various other criminal laws and procedures. I have personally participated in the execution of search warrants involving the search and seizure of cellular telephones, social media accounts, email accounts, and other electronic devices.

4.  My experience as a Special Agent and FBI employee, my participation in a multitude of investigations, and my interactions with other agents, as other state and local law enforcement officers familiar with violent crimes, as well as my training form the basis of the opinions and conclusions set forth below, which I have drawn from the facts set forth herein. The facts are set forth in substance not verbatim, unless otherwise noted. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known concerning this investigation but have set forth only the facts that I believe are necessary to establish probable cause.

## FACTS SUPPORTING PROBABLE CAUSE

5.  According to a report by San Diego Police Department ("SDPD") Detective E. McCoole, on August 22, 2018, at approximately 11:00 p.m., SDPD detectives with the VICE unit were conducting an undercover operation targeting prostitution in the 5000 block area of El Cajon Boulevard, in the City and County of San Diego, California. This area is known by law enforcement to be a location where prostitutes walk the streets looking for clients, or "Johns."

6.  Detective McCoole's report explained that as part of the undercover operation, he was working in an undercover capacity, wearing casual attire and driving an unmarked vehicle. Detective McCoole was approached while in his vehicle by a female subject, later identified as a sixteen-year-old juvenile (hereinafter referred to as "MF-1"). MF-1 solicited a "date"[1] with Detective McCoole, agreeing to have sex with Detective McCoole for $80. The VICE Detectives detained MF-1 for violations of 58.0102(a)

---

[1] Based on my training and experience, I know that the term "date" in this context refers to a paid-for sexual encounter between a prostitute and a client.

SCMC- Curfew Violation, 11357(a)(1) H&S-Minor in Possession of Cannabis and 647(b)(1)PC-Solicit Prostitution. At the time she was taken into custody, MF-1 had a black cellular telephone in her left front jacket pocket, **Target Phone 2**. The VICE Detectives contacted the San Diego Human Trafficking Task Force ("SD-HTTF") once they determined that MF-1 was only sixteen-years-old. Task Force Officer ("TFO") Wells, together with TFO Sewell and TFO Fisher, all of the SD-HTTF, responded to the call and took MF-1 into custody.

7. TFO Wells and TFO Fisher interviewed MF-1 at the San Diego Police Department Headquarters. According to the report of TFO Fisher, MF-1 stated that she had one "car date" on the evening of August 22, 2018, prior to being detained by the undercover detective. In my training and experience, I know that a "car date" refers to a paid-for sexual encounter in a John's car.

8. TFO Fisher's report notes that MF-1 told the TFOs that she got into prostitution because "there's money to be made" and that insisted she got into "the life" on her own and is "renegade[2]." MF-1 further stated that she had traveled to Los Angeles to "work". She said she had tried to use "City Guide" and "Euros" while in Los Angeles. Based on my training and experience I know that "City Guide" and "Euros" are websites used as platforms for advertising prostitution. In addition, MF-1 said she used the "Text Now" smartphone application to contact and communicate with "dates."

9. TFO Fisher's report further notes that MF-1 told the TFOs that she had been more involved in "the life" when she was "younger" and said that her tattoo of a bag of money, which is located on the right side of her neck, was an indicator of a pimp she used to work with. MF-1 said she was in "the life" because she wanted to afford jewelry, tattoos, clothes, a cell phone, and to go out to eat.

---

[2] Based on my training and experience, I know that the term "renegade" in this context refers to a person involved in prostitution without a pimp.

10. According to TFO Fisher's report, although MF-1 insisted she chose to engage in prostitution on her own, she ultimately said, "I break somebody off. I'm not fixing to lie. I break him off a piece." MF-1 claimed that this was solely for protection; she explained, "I wanted to fuck with him. A street nigga knows what I'm doing with my occupation, they're not just gonna let me fuck with him without breaking him off a piece." In light of my training and experience, I understand that in these comments, MF-1 was acknowledging that she provides a portion of the money she earns from prostitution to a man from whom she seeks protection during the course of her work. I am also aware that this is consistent with the relationship that a prostitute has with a pimp.

11. During the course of the interview, and per TFO Fisher's report, MF-1 asked the Detectives for a single phone number from the "Contacts" information on **Target Phone 2.** Detective Morgan (SDPD VICE) allowed MF-1 to access **Target Phone 2** in his presence and took note of the phone number that MF-1 requested, **Target Phone 1**.

12. Detective McCoole searched for **Target Phone 1** in law-enforcement databases in an attempt to identify the user. From those searches, the Detective McCoole identified **Target Phone 1** as a number potentially used by CARTER.

13. According to his report, during this interview, TFO Fisher observed that MF-1 had the phrase "TC3" painted on the nail of her left ring finger, which he believed, in light of his training and experience, signified a pimp-and-prostitute relationship (as wedding rings are worn on this finger). From my training and experience, I agree with this assessment. TFO Fisher conducted a search of **Target Phone 1** and the moniker "TC3" in law enforcement databases and identified both as documented as being associated with CARTER. Detective Fisher was also able to obtain photographs of CARTER through these searches. TFO Fisher then searched for CARTER on various social media platforms, including Facebook, Instagram and Snapchat and found the following accounts:

      a. Facebook: "Rae Rae Carter"

      b. Instagram: Skanlessasstc3

      c. Snapchat: dukbbzthree

The postings on these platforms contained pictures of CARTER and/or text indicating that he is the user of those accounts. These accounts indicated that he uses the moniker "TC3". Several "TC3" music videos were also found on YouTube.

14.    On August 24, 2018, TFO Fisher obtained a state search warrant, issued by the Honorable Esteban Hernandez, for **Target Phone 2**.

15.    According to a report by TFO Fisher, he searched **Target Phone 2** pursuant to that warrant on or about September 4, 2018. During the search of the phone, TFO Fisher found text-message communications which, in his training and experience, suggested that CARTER (via **Target Phone 1**) was directing MF-1's (via **Target Phone 2**) handling of a possible "John." Specifically, the conversations identified were as follows:

    **Target Phone 2:** "This nigga playin"

    **Target Phone 1**: "What happened"

    **Target Phone 2:** "Nothing when I called he kept blowing in the phone tryna act like he was driving"

    **Target Phone 1**: "Call one more time"

    **Target Phone 2:** "U see a car?"

    **Target Phone 1**: "Nah"

    **Target Phone 1**: "Don't give no room number"

    **Target Phone 1:** "Yet"

    **Target Phone 2:** "I know"

    **Target Phone 1**: "Did you call"

       **Target Phone 1:** [Blank text]

       **Target Phone 1:** [Blank text]

       **Target Phone 1:** "Tf"

       **Target Phone 1:** "Fucc Cuhz"

       **Target Phone 2:** "He ain't answer"

       **Target Phone 1:** "We gon wait 5 mo minutes"

       **Target Phone 1:** "I'm coming"

16. From my training and experience, I know that prostitutes will often rent rooms at inexpensive hotels or motels to conduct commercial sex work with Johns, and that the prostitutes' pimps will often direct this activity. Here, in my training and experience I believe that MF-1 was at a motel waiting on a John, who had not yet arrived. MF-1 appeared to be explaining that she did not believe the John was actually driving to the room for the date. Carter responded by telling MF-1 to call him again, and when MF-1 reported that she did not see a "car" (i.e., a car parking near the room), Carter told MF-1 to withhold the specific room number. In general, I believe this conversation shows that the Carter was directing MF-1 to conduct a date but then decided to hold off when the potential John's behavior raised suspicion.

17. According to his report, TFO Fisher also identified a text message conversation between MF-1 and Carter which had been ongoing since June 1, 2018. TFO Fisher identified additional messages in their conversation that in his training and experience indicated that MF-1 was working for CARTER as a prostitute. For example,

on one occasion, MF-1 texted that she made "6& Some change," to which CARTER replied, "You gon give me 4 and some change."



In my training and experience, I understand these messages to mean that MF-1 would perform commercial sex acts and pay Carter a portion of the proceeds.

18. Per TFO Fisher's report, in these conversations, Carter told MF-1 about how he conducted his pimping. Carter also told MF-1 that she would have to pay a portion of the proceeds earned from sex acts she performed. In addition Carter told MF-1 she would need to travel to places such as Las Vegas for prostitution, and it appeared he wanted her to travel there between the approximate dates of August 11 and 15, 2018.

> **+16193357971 +(619) 335-7971** — 8/10/2018 7:54:07 PM(UTC-7)
> Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x40C4E9 (Table: message, handle, chat, Size: 5992448 bytes)

> **+16195301391** — 8/10/2018 8:01:50 PM(UTC-7)
> Yeah, I hear you
> Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x40C335 (Table: message, chat, Size: 5992448 bytes)

> **+16193357971 +(619) 335-7971** — 8/10/2018 8:08:41 PM(UTC-7)
> So what that mean ? Are you going to be ready by tomorrow night ?
> Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x40DE23 (Table: message, handle, chat, Size: 5992448 bytes)

> **+16193357971 +(619) 335-7971** — 8/10/2018 8:10:19 PM(UTC-7)
> I need to know by tonight tho Bc we might leave earlier
> Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x40D7BF (Table: message, handle, chat, Size: 5992448 bytes)

> **+16193357971 +(619) 335-7971** — 8/10/2018 10:11:11 PM(UTC-7)
> Tbh it ain't that hard really
> Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x40E418 (Table: message, handle, chat, Size: 5992448 bytes)

> **+16193357971 +(619) 335-7971** — 8/10/2018 10:11:21 PM(UTC-7)
> You got my mind lost
> Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x40E238 (Table: message, handle, chat, Size: 5992448 bytes)

> **+16193357971 +(619) 335-7971** — 8/10/2018 10:16:30 PM(UTC-7)
> And you need to reply Cuhz gotmme loocin dumb in these text
> Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x40FC46 (Table: message, handle, chat, Size: 5992448 bytes)

> **+16195301391** — 8/10/2018 10:18:33 PM(UTC-7)
> How I told u before it seem easy to you cause you ready, I'm not ♀
> Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x40FA29 (Table: message, chat, Size: 5992448 bytes)

> **+16195301391** — 8/10/2018 10:18:45 PM(UTC-7)
> & shut up I was
> Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x40F7CE (Table: message, chat, Size: 5992448 bytes)

| | +16193357971 +(619) 335-7971 | 8/10/2018 10:19:39 PM(UTC-7) |
|---|---|---|
| | Smh man ♂ | |
| | Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x40F60E (Table: message, handle, chat, Size: 5992448 bytes) | |

| | +16193357971 +(619) 335-7971 | 8/10/2018 10:19:45 PM(UTC-7) |
|---|---|---|
| | I'm just tryna show you how I move | |
| | Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x40F43A (Table: message, handle, chat, Size: 5992448 bytes) | |

| | +16193357971 +(619) 335-7971 | 8/10/2018 10:19:49 PM(UTC-7) |
|---|---|---|
| | Show you a lil bit | |
| | Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x40F250 (Table: message, handle, chat, Size: 5992448 bytes) | |

| | +16193357971 +(619) 335-7971 | 8/10/2018 10:19:55 PM(UTC-7) |
|---|---|---|
| | And let you see more | |
| | Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x410FE8 (Table: message, handle, chat, Size: 5992448 bytes) | |

| | +16193357971 +(619) 335-7971 | 8/10/2018 10:20:05 PM(UTC-7) |
|---|---|---|
| | You ain't letting me tho | |
| | Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x410E1E (Table: message, handle, chat, Size: 5992448 bytes) | |

| | +16193357971 +(619) 335-7971 | 8/10/2018 10:20:31 PM(UTC-7) |
|---|---|---|
| | I ain't gon leave you broce if you ain't feeling it I told you lk for the both of us you gotta let me show you that tho | |
| | Source file: iPhone/var/mobile/Library/SMS/sms.db : 0x410C48 (Table: message, handle, chat, Size: 5992448 bytes) | |

19. On August 11, 2018 at 2:38 PM, CARTER told MF-1 he was "Waiting for the homie bitch to pull up then we coming." At 6:20 PM the same day, Carter informed MF-1 that he was "pulling up."

20. On August 12, 2018, Carter informed MF-1 to call the phone number 213-948-7110 and stated "that's the homie bitch." After searching law enforcement databases, TFO Fisher identified the phone number for the person referred to as "the homie bitch" in the conversation with MF-1 as belonging to Marlicia Jackson ("JACKSON").

21. From my training and experience, I am aware that pimps will sometimes rely on a female associate, often herself a prostitute for the pimp, to manage the activities of others prostituting for the pimp. Such female associates are commonly referred to as "bottoms." Given that Carter wanted MF-1 to contact JACKSON and referred to her as the "homie bitch," I believe JACKSON was functioning as his "bottom."

22. According to his report, TFO Fisher searched for JACKSON's phone number in online platforms known to be hosts for commercial-sex advertising. He found it listed

as the contact number for postings advertising commercial sex services located on the websites cityxguide.com, onebackpage.com, and las-vegas.skipthegames.com. I know from my training and experience that these websites are platforms for advertising prostitution. Within these advertisements, TFO Fisher saw photos of a woman with a distinct tattoo of a rose on her right upper chest. He also saw photos of a woman's face. He compared these photos to the photos of JACKSON obtained during law enforcement database searches and determined that the woman shown in the postings advertising commercial sex services was JACKSON. In the photos with JACKSON'S face, what appears to be the same rose tattoo is visible on her right upper chest. TFO Fisher also found a publicly-viewable Facebook profile with the user name "Marlicia Jackson" which contained one of the same photos used in the advertisements.

23.  TFO Fisher determined that several of the advertisements located on cityxguide.com and onebackpage.com were posted on August 12 and August 14, 2018, respectively, during the same time frame that Carter had discussed MF-1 traveling to Las Vegas for the purpose of prostitution. During that time period (*i.e.*, August 11, 2018 through August 14, 2018) ads were found for both MF-1 and JACKSON. Based on his training and experience, TFO Fisher believes MF-1, CARTER, and JACKSON went from Las Vegas to Los Angeles County (City of Los Angeles and Long Beach) and back to the San Diego area for the purpose of prostitution.

24.  Through my training, experience, and consultation with other law enforcement officers, I have learned that:

    a.  Individuals involved in illicit commercial sex maintain records, including electronic files, related to their illicit business on cellular telephones, computers and computer servers hosting internet applications such as electronic mail (email) and personal social networking web pages;

      b.    Individuals involved in illicit commercial sex often solicit clients through electronic advertisements and other media, such as Craigslist, MegaPersonals, Skipthegames, and other social media sites accessed on cellular telephones and computers;

      c.    Individuals involved in illicit commercial sex maintain records of correspondence relating to client contact information as well as travel and lodging arrangements involved in such illegal activity on cellular telephones and computers;

      d.    Individuals involved in illicit commercial sex maintain documents and files containing names of associates and/or coconspirators involved in prostitution on cellular telephones and computers;

      e.    Individuals involved in illicit commercial sex maintain financial records, bank statements, money orders, money order receipts, and cash that are evidence of payments made in conjunction with prostitution on cellular telephones and computers;

      f.    Individuals involved in illicit commercial sex use social media sites like Facebook to find clients and prostitutes. They use Facebook messaging applications to communicate with prostitutes and customers to increase their mobility and coordinate illicit activities. Individuals involved in illicit commercial sex will often use multiple social media accounts in order to maintain contact with other pimps, prostitutes, complicit businesses, and clients. These social media accounts contain electronic data concerning instant messaging, electronic mail and social media addresses of co-conspirators and clients, including contact information for co-conspirators and clients. Individuals involved in illicit commercial sex also utilize social media to store and display, commonly known as posting, photographs, videos, and text of themselves as well as other co-conspirators for the purpose of electronic advertising and promotion of prostitution;

25.    Based upon my experience and training, consultation with other law enforcement officers experienced in sex trafficking investigations, and all the facts and opinions set forth in this affidavit, I know that individuals involved in sex trafficking often use cell phones for all of the activities described in paragraph 23 in the hours, days and weeks leading up to and following the provision of commercial sex services.

26.     Based on the facts above, there is reason to believe that CARTER used **Target Phone 1** to communicate with MF-1 on **Target Phone 2** and engage in commercial sex trafficking of MF-1 between the periods of August 1, 2018 up to and including August 31, 2018, in connection with the aforementioned commercial sex acts. Additionally, given that people traditionally carry cellular phones on their persons and are rarely away from home without their cellular phones, I believe CARTER and MF-1 possessed their cellular devices as they traveled and met "johns" for commercial sex acts. I believe that evidence of this will be provided through the **Target Data** and will provide further corroboration of these events and details as provided by MF-1 in her initial statement to law enforcement.

27.     Further, in my training and experience, I have learned that T-Mobile is a company that provides cellular telephone access to the general public. I also know that providers of cellular telephone service have technical capabilities that allow them to collect and generate information about the locations of the cellular telephones to which they provide service, including cell-site data, also known as "tower/face information" or "cell tower/sector records." Cell-site data identifies the "cell towers" (*i.e.*, antenna towers covering specific geographic areas) that received a radio signal from the cellular telephone and, in some cases, the "sector" (*i.e.*, faces of the towers) to which the telephone connected. These towers are often a half-mile or more apart, even in urban areas, and can be 10 or more miles apart in rural areas. Furthermore, the tower closest to a wireless device does not necessarily serve every call made to or from that device. Accordingly, cell-site data provides an approximate location of the cellular telephone but is typically less precise than other types of location information, such as E-911 Phase II data or Global Positioning Device ("GPS") data.

28.     Based on my training and experience, I know that T-Mobile can collect cell-site data about **Target Phone 1** and **Target Phone 2**. I also know that wireless providers such as T-Mobile typically collect and retain cell-site data pertaining to cellular phones to

which they provide service in their normal course of business in order to use this information for various business-related purposes.

29. Based on my training and experience, I know that wireless providers such as T-Mobile typically collect and retain information about their subscribers in their normal course of business. This information can include basic personal information about the subscriber, such as name and address, and the method(s) of payment (such as credit card account number) provided by the subscriber to pay for wireless telephone service. I also know that wireless providers such as T-Mobile typically collect and retain information about their subscribers' use of the wireless service, such as records about calls or other communications sent or received by a particular phone and other transactional records, in their normal course of business. In my training and experience, this information may constitute evidence of the crimes under investigation because the information can be used to identify the user or users of **Target Phone 1** and **Target Phone 2** and may assist in the identification of co-conspirators and/or victims.

## AUTHORIZATION REQUESTS

30. Based on the foregoing, I request that the Court issue the proposed search warrant, pursuant to 18 U.S.C. § 2703(c) and Federal Rule of Criminal Procedure 41.

31. Based upon my training and experience, consultation with other law enforcement officers experienced in extortion investigations, and all the facts and opinions set forth in this Affidavit, there is probable cause to believe that the Target Data to be seized, as set forth above and in Section I of Attachment B (incorporated herein), will be found in the location described in Attachment A (incorporated herein), and will contain evidence of 18 U.S.C §§1591, 2421 and 2422. Therefore, I respectfully request that the Court issue a warrant authorizing me, or another federal law enforcement agent, to order T-Mobile to search its corporate records for the **Target Data** and to order T-Mobile to deliver the Target Data listed in Section I of Attachment B.

32. I further request that the Court order that all papers in support of this application, including the affidavit and search warrant, be sealed until further order of the Court. These documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation, including by giving targets an opportunity to destroy or tamper with evidence, change patterns of behavior, notify confederates, and flee from prosecution.

I swear the foregoing is true and correct to the best of my knowledge and belief.

JESSICA R. SCHICK
Special Agent, FBI

Subscribed and sworn to before me this 14th day of June 2019.

HONORABLE ~~Linda Lopez~~
United States Magistrate Judge
ANDREW G. SCHOPLER
U.S. MAGISTRATE JUDGE

14